# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL T. COLLINS,

    *Plaintiff*    )
    )
    v.    )  Civil Action No.  4:15-cv-05004-EFS
JON LAW,    )
    )

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  It is ordered this habeas petition is DISMISSED without prejudice to pursuing appropriate remedies in State Court and to filing a new and separate federal habeas action once he has exhausted all available State Court remedies.  File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  June 4, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
    *(By) Deputy Clerk*
Cheryl Cambensy